**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: VITKUS, SCOTT J     § Case No. 11-81481
                           §
                           §
                           §
Debtor(s)                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $750,500.00　　　　　　　Assets Exempt: $364,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,197.32　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $52,585.00

Total Expenses of Administration: $7,415.28

---

    3) Total gross receipts of $ 71,473.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 60,860.62 (see **Exhibit 2**), yielded net receipts of $10,612.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $703,000.00 | $286,415.23 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,415.28 | 7,415.28 | 7,415.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,685.00 | 3,197.32 | 3,197.32 | 3,197.32 |
| **TOTAL DISBURSEMENTS** | $760,685.00 | $297,027.83 | $10,612.60 | $10,612.60 |

4) This case was originally filed under Chapter 7 on April 04, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2012           By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account NB&T | 1129-000 | 5,000.00 |
| CD NB&T | 1129-000 | 10,000.00 |
| 2006 Nissan Titan 60,000 miles | 1129-000 | 7,500.00 |
| 2005 Nissan Altima 87,000 miles | 1129-000 | 7,500.00 |
| Tax Refund | 1224-000 | 11,469.00 |
| 319 ALDEN DRIVE, SYCAMORE, IL FRAUDULENT CONVEYA | 1241-000 | 30,000.00 |
| Interest Income | 1270-000 | 4.22 |
| **TOTAL GROSS RECEIPTS** | | **$71,473.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VITKUS, SCOTT J | Dividend paid 100.00% on $60,860.62; Claim# SURPLUS; Filed: $60,860.62; Reference: | 8200-002 | 60,860.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$60,860.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SUNTRUST MORTGAGE INC | 4110-000 | 140,000.00 | 143,158.96 | 0.00 | 0.00 |
| 3 | SUNTRUST MORTGAGE INC | 4110-000 | 140,000.00 | 143,256.27 | 0.00 | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 141,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 141,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED PNC Mortgage | 4110-000 | 141,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $703,000.00 | $286,415.23 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,811.26 | 1,811.26 | 1,811.26 |
| Barrick, Switzer | 3110-000 | N/A | 3,227.50 | 3,227.50 | 3,227.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.33 | 22.33 | 22.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.38 | 75.38 | 75.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 166.23 | 166.23 | 166.23 |
| The Bank of New York Mellon | 2600-000 | N/A | -4.89 | -4.89 | -4.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 146.31 | 146.31 | 146.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 141.16 | 141.16 | 141.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 155.46 | 155.46 | 155.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 145.41 | 145.41 | 145.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 154.39 | 154.39 | 154.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.59 | 139.59 | 139.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.12 | 144.12 | 144.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.03 | 139.03 | 139.03 |
| McGladrey & Pullen, LLP | 3320-000 | N/A | 952.00 | 952.00 | 952.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,415.28 | $7,415.28 | $7,415.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kim Vitkus | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 5,100.00 | 3,186.45 | 3,186.45 | 3,186.45 |
| 1I | Chase Bank USA, N.A. | 7990-000 | N/A | 10.87 | 10.87 | 10.87 |
| NOTFILED | Stonefield Townhomes Association Michael Mills, | 7100-000 | 2,585.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,685.00 | $3,197.32 | $3,197.32 | $3,197.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-81481  
**Case Name:** VITKUS, SCOTT J  

**Period Ending:** 08/29/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/04/11 (f)  
**§341(a) Meeting Date:** 05/19/11  
**Claims Bar Date:** 08/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1495 Stonefield, DeKalb, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 2   1497 Stonefield, DeKalb, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 3   1505 Stonefield, DeKalb, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 4   1511 Stonefield, DeKalb, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 5   1529 Stonefield, DeKalb, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 6   Savings account NB&T<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7   Checking account NB&T<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 |  | 5,000.00 | FA |
| 8   CD NB&T<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 10,000.00 |  | 10,000.00 | FA |
| 9   Household goods<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 10  Used clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 11  Bright Start account for son's college<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 12  401(k) | 276,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81481  
**Case Name:** VITKUS, SCOTT J  

**Period Ending:** 08/29/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/04/11 (f)  
**§341(a) Meeting Date:** 05/19/11  
**Claims Bar Date:** 08/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | IRA<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Nissan Titan 60,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 15,500.00 | 15,500.00 | | 7,500.00 | FA |
| 16 | 2005 Nissan Altima 87,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,995.00 | 6,995.00 | | 7,500.00 | FA |
| 17 | 2002 Dodge Dakota 55,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 18 | Tax Refund  (u) | 11,469.00 | 11,469.00 | | 11,469.00 | FA |
| 19 | 319 ALDEN DRIVE, SYCAMORE, IL FRAUDULENT CONVEYA  (u) | Unknown | 30,000.00 | | 30,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.22 | FA |
| 20 | **Assets   Totals** (Excluding unknown values) | **$799,464.00** | **$80,064.00** | | **$71,473.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2012          **Current Projected Date Of Final Report (TFR):**   May 23, 2012  (Actual)

Case 11-81481   Doc 59   Filed 08/29/12   Entered 08/29/12 09:00:07   Desc Main
Document      Page 8 of 9


Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-81481  
**Case Name:** VITKUS, SCOTT J  
**Taxpayer ID #:** **-***8732  
**Period Ending:** 08/29/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-65 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/11 | | Scott Vitkus | cashier's check drawn on NB & T | | 26,469.00 | | 26,469.00 |
| | {8} | | monies from cd  10,000.00 | 1129-000 | | | 26,469.00 |
| | {7} | | monies from checking  5,000.00 account | 1129-000 | | | 26,469.00 |
| | {18} | | tax refund  11,469.00 | 1224-000 | | | 26,469.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 26,469.14 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-81481, Bond #016018067 | 2300-000 | | 22.33 | 26,446.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,447.02 |
| 07/20/11 | | SCOTT VITKUS | CASHIER'S CHECK $30,000 COMPROMISE AND $15,000.00 FOR DEBTOR'S VEHICLES | | 45,000.00 | | 71,447.02 |
| | {16} | | 2003 NISSAN ALTIMA  7,500.00 | 1129-000 | | | 71,447.02 |
| | {15} | | 2006 NISSAN TITAN  7,500.00 | 1129-000 | | | 71,447.02 |
| | {19} | | FRAUDULENT  30,000.00 TRANSFER OF 319 ALDEN DRIVE, SYCAMORE, IL | 1241-000 | | | 71,447.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 71,447.37 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.38 | 71,371.99 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 71,372.59 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 166.23 | 71,206.36 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.89 | 71,211.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 71,211.82 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.31 | 71,065.51 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 71,066.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.16 | 70,924.95 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 70,925.52 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.46 | 70,770.06 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,770.65 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.41 | 70,625.24 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,625.83 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 154.39 | 70,471.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.59 | 70,331.85 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.12 | 70,187.73 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.03 | 70,048.70 |

Subtotals : $71,473.22  $1,424.52

{} Asset reference(s)

Printed: 08/29/2012 09:02 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-81481  
**Case Name:** VITKUS, SCOTT J  

**Taxpayer ID #:** **-***8732  
**Period Ending:** 08/29/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-65 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/12 | 1002 | McGladrey & Pullen, LLP | accounting service Invoice #M-3868476-549 | 3320-000 | | 952.00 | 69,096.70 |
| 07/11/12 | 1003 | Barrick, Switzer | Dividend paid 100.00% on $3,227.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,227.50 | 65,869.20 |
| 07/11/12 | 1004 | JAMES E. STEVENS | Dividend paid 100.00% on $1,811.26, Trustee Compensation; Reference: | 2100-000 | | 1,811.26 | 64,057.94 |
| 07/11/12 | 1005 | Chase Bank USA, N.A. | Dividend paid 100.00% on $3,186.45; Claim# 1; Filed: $3,186.45; Reference: | 7100-000 | | 3,186.45 | 60,871.49 |
| 07/11/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10.87; Claim# 1I; Filed: $10.87; Reference: | 7990-000 | | 10.87 | 60,860.62 |
| 07/11/12 | 1007 | VITKUS, SCOTT J | Dividend paid 100.00% on $60,860.62; Claim# SURPLUS; Filed: $60,860.62; Reference: | 8200-002 | | 60,860.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 71,473.22 | 71,473.22 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 71,473.22 | 71,473.22 | |
| | | | Less: Payments to Debtors | | | 60,860.62 | |
| | | | **NET Receipts / Disbursements** | | **$71,473.22** | **$10,612.60** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******73-65** | 71,473.22 | 10,612.60 | 0.00 |
| | **$71,473.22** | **$10,612.60** | **$0.00** |

{} Asset reference(s)    Printed: 08/29/2012 09:02 AM    V.13.02